# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
            :  Criminal No. $3:17$-$CR$-$131$

     v.       :
            :

PATRICK SUTHERLAND,   :  (Mannion, J.)
MARIA ACEVEDO,     :
TABITHA SANCHEZ, and   :
ALIZA BARYALAI      :
     Defendants.  :

**FILED**
**SCRANTON**

APR 2 5 2017

PER _____
**DEPUTY CLERK**

## INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT ONE

**Conspiracy to Alter Postal Money Orders and to Commit Bank Fraud**
**(Violations of 18 U.S.C. § 371 (18 U.S.C. § 500 and 18 U.S.C. § 1344))**

#### The Charge

1. Between on or about December 2014, the exact date being unknown to the Grand Jury, and on or about August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, defendants,

**PATRICK SUTHERLAND,**

**MARIA ACEVEDO,**

**TABITHA SANCHEZ, and**

## ALIZA BARYALAI

did unlawfully, knowingly, and willfully combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, to falsely alter, in a material respect, United States Postal Money Orders and to fraudulently pass and utter the same, in violation of 18 U.S.C. § 500; and to commit bank fraud in violation of 18 U.S.C. § 1344.

### Manner and Means

2. The manner and means of the conspiracy included, but were not limited to, the following:

a. The defendants and/or their coconspirators purchased United States Postal Service Money Orders in varying low face amounts at various post offices.

b. The defendants and/or their coconspirators then altered the money orders, in a material respect, by falsely changing the numeric and written denominations to a higher face value.

c. Once altered to reflect higher values, the defendants and/or their coconspirators deposited the United States Postal Money Orders into bank accounts at various financial institutions.

2

d.     The defendant, PATRICK SUTHERLAND, in concert with coconspirators withdrew the fraudulently deposited funds from accounts at the various financial institutions.

### Overt Acts

3.  In furtherance of the conspiracy, and to effect the objects thereof, the defendants and coconspirators committed the following overt acts, among others, in the Middle District of Pennsylvania and elsewhere:

a.     On or about December 19, 2014, at the West Scranton, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least 15 United States Postal Money Orders for the face amount of $1.00 each.

b.     On or about December 22, 2014, PATRICK SUTHERLAND deposited three United States Postal Money Orders, which were fraudulently altered, into the Olden Avenue, Trenton, New Jersey branch of Bank of America. The United States Postal Money Orders were deposited in Bank of America account number xxxxxxx19435.

c.     On or about December 22, 2014, PATRICK SUTHERLAND deposited three United States Postal Money

3

Orders, which were fraudulently altered, into the Capital Center, Trenton, New Jersey branch of Bank of America. The United States Postal Money Orders were deposited in Bank of America account number xxxxxxx09267.

     d.    On or about December 23, 2014, PATRICK SUTHERLAND used a Debit Card and made an $800 cash withdrawal from a Bank of America ATM located in Flatbush and Atlantic, in Brooklyn, New York. The money was withdrawn from Bank of America account number xxxxxxx19435.

     e.    On or about December 23, 2014, PATRICK SUTHERLAND used a Debit Card and made an $800 cash withdrawal from a Bank of America ATM located in Flatbush and Atlantic, in Brooklyn, New York. The money was withdrawn from Bank of America account number xxxxxxx09267.

     f.    On or about December 19, 2014, at the West Scranton, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least three United States Postal Money Orders for the face amount of $1.00 each.

g.      On or about December 24, 2014, M.D. deposited three United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the MacArthur Road, Whitehall, Pennsylvania branch of Bank of America. The United States Postal Money Orders were deposited in Bank of America account number xxxxxxx84828.

h.      On or about December 26, 2014, K. S., used a debit card and made a $20.00 withdrawal from a Bank of America, Southside Bethlehem, Pennsylvania branch. The $20.00 was withdrawn from Bank of America account number xxxxxxx84828.

i.      On or about December 27, 2014, at the Main Scranton, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least 13 United States Postal Money Orders for the face amount of $1.00 each.

j.      On or about December 28, 2014, M.D. deposited four United States Postal Money Orders which were fraudulently altered into the Port Jervis, New York branch of Bank of America, account number xxxxxxx62274.

5

k.      On or about December 30, 2014, K. S., used a Debit Card and made a $600 cash withdrawal from a Bank of America ATM located in Moosic, Pennsylvania.  The money was withdrawn from Bank of America account number xxxxxxx62274.

l.      On or about February 7, 2015, at the Maywood, New Jersey Post Office, persons unknown to the Grand Jury purchased at least four United States Money Orders for the face amount of $1.00 each.

m.      On or about June 2, 2015, at the Glenn Lyon, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least three United States Postal Money Orders for the face amount of $1.00 each.

n.      On or about June 3, 2015, at the Williston, South Carolina Post Office, persons unknown to the Grand Jury purchased at least two United States Postal Money Orders for the face amount of $1.00 each.

o.      On or about June 17, 2015, the defendant, TABITHA SANCHEZ, deposited four United States Postal Money Orders,

6

which were fraudulently altered, into the Great Falls, Virginia, branch of Bank of America.

    p.    On or about June 13, 2015, at the New York, New York Post Office, persons unknown to the Grand Jury purchased at least three United States Postal Money Orders for the face amount of $1.00 each.

    q.    On or about June 17, 2015, the defendant, TABITHA SANCHEZ, deposited three United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the Quince Orchard, Gaithersburg, Virginia, branch of Bank of America.

    r.    On or about June 19, 2015, TABITHA SANCHEZ opened bank account number xxxxxxx02391 at the Bridgeport, Pennsylvania, branch of Bank of America.

    s.    On or about May 5, 2015, members of the conspiracy opened account number xxxxxxx67024, at the Reading, Pennsylvania branch of Bank of America.

    t.    On or about May 8, 2015, the defendant, MARIA ACEVEDO, deposited three United States Postal Money Orders,

which were fraudulently altered to a higher denomination, into the Sturbridge, Massachusetts, branch of Bank of America, account number xxxxxxx67024.

u.    On or about May 11, 2015, members of the conspiracy made two separate $500.00 ATM withdrawals at the Berkshire Mall, located in Wyomissing, Pennsylvania, from Bank of America account number xxxxxxx67024.

v.    On or about December 31, 2014, at the Tobyhanna, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least six United States Postal Money Orders for the face amount of $1.00 each.

w.    On or about December 31, 2014, at the Gouldsboro, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least two United States Postal Money Orders for the face amount of $1.00 each.

x.    On or about January 5, 2015, the defendant, ALIZA BARYALAI, deposited four United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the

8

Flanders, New Jersey, branch of Bank of America, account number xxxxxxx08128.

y.     On or about January 5, 2015, the defendant, ALIZA BARYALAI, deposited four United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the Hacketstown Main, New Jersey, branch of Bank of America, account number xxxxxxx08322.

All in violation of Title 18, United States Code, § 371.

## THE GRAND JURY FURTHER CHARGES

## COUNTS TWO THROUGH TEN

### Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

4.    Paragraphs 1 through 3 of this Indictment are re-alleged in this Count, as if fully set forth herein.

5.  From on or about October 20, 2014, and continuing until August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### PATRICK SUTHERLAND,

aided and abetted by persons known and unknown to the Grand Jury, did falsely alter, in a material respect, United States Postal Money Orders as follows, each alteration constituting a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|-------|---------------|-------------------------|---------------|
| 2 | 12/03/2014 | North Scranton, PA | 22271051193 |
| 3 | 12/16/2014 | North Scranton, PA | 17419800238 |
| 4 | 12/19/2014 | West Scranton, PA | 22551054480 |
| 5 | 12/19/2014 | West Scranton, PA | 22551054502 |
| 6 | 12/27/2014 | Main Scranton, PA | 22526100810 |
| 7 | 12/27/2014 | Main Scranton, PA | 22526100900 |
| 8 | 12/27/2014 | Main Scranton, PA | 22526100944 |
| 9 | 12/27/2014 | Main Scranton, PA | 22526100832 |

| 10 | 12/27/2014 | Main Scranton, PA | 22526100821 |

which were provided and issued by and under the direction of the United

States Postal Service and payable in the United States, did falsely alter

the written and numeric denominations of the money orders on the face

of said money orders.

In violation of Title 18, United States Code, §§ 500 and 2.

11

**THE GRAND JURY FURTHER CHARGES**

## COUNTS ELEVEN THROUGH FOURTEEN

Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

6.   Paragraphs 1 through 5 of this Indictment are re-alleged in this

Count, as if fully set forth herein.

7.   From on or about May 8, 2015, and continuing to June 1, 2015,

in the Middle District of Pennsylvania, and elsewhere, the defendant,

### MARIA ACEVEDO,

aided and abetted by persons known and unknown to the Grand Jury,

with intent to defraud, did pass and utter to Bank of America, as true

and genuine, United States Postal Money Orders fraudulently altered to

a value of $1000, issued by and under the direction of Postal Service and

payable in the United States, MARIA ACEVEDO then well knowing the

said face value to be fraudulently altered, each Postal Money Order being

a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|-------|---------------|-------------------------|---------------|
| 11    | 04/29/2015    | Franklin Square, NY     | 22822860600   |
| 12    | 04/29/2015    | Franklin Square, NY     | 22822860644   |
| 13    | 05/11/2015    | Irvington, NJ           | 22913004464   |
| 14    | 05/26/2015    | Newark, NJ              | 22930561642   |

12

In violation of Title 18, United States Code, §§ 500 and 2.

**THE GRAND JURY FURTHER CHARGES**

## COUNT FIFTEEN THROUGH SEVENTEEN

Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

8.      Paragraphs 1 through 7 of this Indictment are re-alleged in this Count, as if fully set forth herein.

9.  On or about June 2, 2015, and continuing to June 19, 2015, in the Middle District of Pennsylvania, and elsewhere, the defendant,

## TABITHA SANCHEZ,

aided and abetted by persons known and unknown to the Grand Jury, with intent to defraud, did pass and utter to Bank of America, as true and genuine, United States Postal Money Orders fraudulently altered to a value of $1000, issued by and under the direction of Postal Service and payable in the United States, TABITHA SANCHEZ then well knowing the said face value

13

to be fraudulently altered, each Postal Money Order being a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|-------|---------------|-------------------------|---------------|
| 15 | 06/2/2015 | Glen Lyon, PA | 51130303817 |
| 16 | 06/2/2015 | Glen Lyon, PA | 51130303795 |
| 17 | 06/2/2015 | Glen Lyon, PA | 51130303784 |

In violation of Title 18, United States Code, §§ 500 and 2.

**THE GRAND JURY FURTHER CHARGES**

## COUNT EIGHTEEN THROUGH TWENTY

Altering a Postal Money Order and Aiding and Abetting

(Violations of 18 U.S.C. §§ 500 and 2)

10.     Paragraphs 1 through 9 of this Indictment are re-alleged in this Count, as if fully set forth herein.

11.  On or about December 31, 2014, and continuing to January 5, 2015, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**ALIZA BARYALAI,**

aided and abetted by persons known and unknown to the Grand Jury, with intent to defraud, did pass and utter to Bank of America, as true and genuine, United States Postal Money Orders fraudulently altered to a value of $1000, issued by and under the direction of Postal Service and payable in the United States, ALIZA BARYALAI then well knowing the said face value to be fraudulently altered, each Postal Money Order being a separate count:

Count   Purchase Date   Post Office of Purchase Serial Number

| 18 | 12/31/2014 | Tobyhanna, PA | 22222635658 |
| 19 | 12/31/2014 | Tobyhanna, PA | 22222635671 |
| 20 | 12/31/2014 | Gouldsboro, PA | 22384416172 |

In violation of Title 18, United States Code, §§ 500 and 2.

**THE GRAND JURY FURTHER CHARGES**

## COUNT TWENTY ONE

Bank Fraud and Aiding and Abetting
(Violations of 18 U.S.C. §§ 1344 and 2)

12.    Paragraphs 1 through 11 of this Indictment are re-alleged in this Count, as if fully set forth herein.

13.    Between in or about December 2014, the exact date being unknown to the Grand Jury, and August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, defendants,

**PATRICK SUTHERLAND,**

**MARIA ACEVEDO,**

**TABITHA SANCHEZ, and**

**ALIZA BARYALAI**

aided and abetted by each other, did knowingly execute a scheme and artifice to defraud a financial institution, namely Bank of America, and to obtain moneys, funds, and other property owned by and under the custody and control of Bank of America by means of false and fraudulent pretenses, representations and promises, to wit, the defendants withdrew monies from accounts at Bank of America in which

17

fraudulently altered United States Postal money orders had been deposited, for the purpose of obtaining money.

In violation of Title 18, United States Code, Section 1344(2) and 2.

**THE GRAND JURY FURTHER CHARGES**

<u>FORFEITURE ALLEGATION</u>

14.    The allegations contained in Counts 1 through 21 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C), and 982(a)(2)(A) and Title 28, United States Code, Section 2461.

15.    Upon conviction of the offenses in violation of Title 18, United States Code, Sections 500 and 1344 set forth in Counts 2 through 18 of this Indictment, the defendants,

PATRICK SUTHERLAND,

MARIA ACEVEDO,

TABITHA SANCHEZ, and

ALIZA BARYALAI

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C), and 982(a)(2)(A) and Title 28, United States Code, Section 2461, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses

19

and any property used or intended to be used to commit, to facilitate, or to promote the commission of such offenses.

16.     By virtue of the commission of the offenses charged in Counts 2 through 21 of this Indictment by the defendants, PATRICK SUTHERLAND, MARIA ACEVEDO, TABITHA SANCHEZ, and ALIZA BARYALAI any and all right, title, and interest the defendants may have had in the any of the property involved in or traceable to the offenses alleged in Counts 2 through 18 of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C), and 982(a)(2)(A) and Title 28, United States Code, Section 2461.

17.     If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 492, 981(a)(1)(C), and 982(a)(2)(A) and 28 U.S.C. § 2461.

A TRUE BILL

BRUCE D. BRANDLER
United States Attorney

By:   TODD K. HINKLEY
      Assistant U.S. Attorney

4/25/17

21